# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANEL WILKES,<br><br>                      Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>                      Defendant. | Case No.: 14cv2840-MMA (MDD)<br><br>**ORDER RE: JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 24] |

On July 17, 2018, Plaintiff Shanel Wilkes and Defendant Midland Credit Management, Inc. jointly filed a stipulation of dismissal of the above-captioned action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 24 at 2. Accordingly, this case is **DISMISSED WITH PREJUDICE**. Each party must bear its own attorneys' fees and costs. The Clerk of Court is instructed to close this case.

      **IT IS SO ORDERED**.

Dated: July 17, 2018

*[signature]*

Hon. Michael M. Anello
United States District Judge